UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| MARY E. AKIN-JONES, | ) | Civil Action No. 0:20-cv-02236-PJG |
| Plaintiff, | ) | |
| v. | ) | |
| ANDREW SAUL, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this <u>12th</u> day of April, 2021, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 12, 2021
Columbia, South Carolina